IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>CHRISTINE ROSE CARAWAY,<br><br>        Debtor.<br><br>ULTRA DRIVEN TRANSPORTATION, INC.,<br><br>        Garnishee. | Case No. 1:22-MC-00131-SAB<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:13-CR-00342-LJO-BAM |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Continuing Garnishment previously issued on September 1, 2022, is hereby TERMINATED; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:   **July 25, 2023**

                                                  UNITED STATES MAGISTRATE JUDGE